IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ELZIE TURNER, <br>    *Plaintiff* <br><br> v. <br><br> GEICO ADVANTAGE INSURANCE COMPANY, <br>    *Defendant* | § § § § § § § § § | Case No. 6:17-cv-00581-RWS |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Elzie Turner and Defendant GEICO Advantage Insurance Company and files this Joint Motion to Stay All Deadlines and Notice of Settlement and would respectfully show as follows:

Plaintiff and Defendant hereby notify the Court that all matters in controversy have been fully and finally settled in the above cause number as well as the severed case (Cause No. 6:18-cv-00091-RWS) for the total sum of $300,000. Defendant has prepared the final settlement documents to be executed by Plaintiff. Plaintiff's counsel is in the process of obtaining approval of the settlement in this case with the bankruptcy trustee appointed in Case No. 14-60797 (In Re: Elzie Turner) filed in The United States Bankruptcy Court for the Eastern District of Texas, Tyler Division, necessitating more than 30 days to complete the settlement. Plaintiff and Defendant contemplate that all documents shall be exchanged, and funds tendered within sixty (60) days or sooner. Plaintiff and Defendant respectfully request that the Court stay all unreached deadlines contained in the Court's Docket Control Order for sixty (60) days so to

effectuate a dismissal with prejudice.  The parties stipulate that if any issues arise in formalizing the settlement papers, the parties agree to submit such issues to the Court for final resolution.

        Respectfully submitted,

*/s/ Fred Nix*
Fred Nix
State Bar No. 15039600
**PATTON, NIX & YOUNG, LLP**
PO Box 3444
Longview, Texas 75606
Phone #: (903) 758-6151
Fax : (903) 758-7117
E-mail: fredlnix@pnylaw.com

*Attorney for Plaintiff*

-and-

*/s/ Stacy Thompson*
Meloney Perry
State Bar No. 00790424
Stacy Thompson
State Bar No. 24046971
Shannon Spizman
State Bar No. 24086729
**PERRY LAW P.C.**
10440 North Central Expressway, Suite 600
Dallas, TX 75231
Telephone:  (214) 265-6201
Facsimile:    (214) 265-6226
E-mail: mperry@mperrylaw.com
       sthompson@mperrylaw.com
       sspizman@mperrylaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record on the 1st day of June 2018 in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

*Via Electronic Service*
Fred Nix
**PATTON, NIX & YOUNG, LLP**
PO Box 3444
Longview, Texas 75606
E-mail: fredlnix@pnylaw.com
*Attorney for Plaintiff*

      */s/ Stacy Thompson*
      Stacy Thompson