IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ELZIE TURNER, §<br>　*Plaintiff* §<br>§<br>v. §<br>§<br>§ Case No. 6:17-cv-00581-RWS<br>GEICO ADVANTAGE INSURANCE §<br>COMPANY, §<br>　*Defendant* §　 | |

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

TO THE HONORABLE JUDGE:

　　In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Elzie Turner, by and through his attorneys, Patton, Nix & Young, LLP, and Defendant GEICO Advantage Insurance Company, by and through its attorneys, Perry Law PC, hereby jointly move the Court to dismiss with prejudice all claims with each party to bear their own costs and attorneys fees. This lawsuit is not a class action, and a receiver has not been appointed in this lawsuit. This lawsuit is not governed by any statute of the United States that requires an order of the Court for dismissal of this lawsuit.

　　WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an Order on the Joint Stipulation of Dismissal with Prejudice for any and all claims with each party to bear their own costs and attorneys fees.

　　Respectfully submitted this 27th day of June 2018.

Respectfully submitted,

*/s/ Fred Nix*
Fred Nix
State Bar No. 15039600
**PATTON, NIX & YOUNG, LLP**
PO Box 3444
Longview, Texas 75606
Phone #: (903) 758-6151
Fax : (903) 758-7117
E-mail: fredlnix@pnylaw.com

*Attorney for Plaintiff*

-and-

*/s/ Stacy Thompson*
Meloney Perry
State Bar No. 00790424
Stacy Thompson
State Bar No. 24046971
Shannon Spizman
State Bar No. 24086729
**PERRY LAW P.C.**
10440 North Central Expressway, Suite 600
Dallas, TX 75231
Telephone:  (214) 265-6201
Facsimile:   (214) 265-6226
E-mail: mperry@mperrylaw.com
         sthompson@mperrylaw.com
         sspizman@mperrylaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2018, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Fred Nix
    fredlnix@pnylaw.com

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner indicated by the non-participant's name:

                            /s/ Stacy Thompson
                            Meloney Perry
                            Stacy Thompson
                            Shannon Spizman
                            Perry Law P.C.
                            10440 North Central Expressway, Suite 600
                            Dallas, TX 75231
                            Telephone: (214) 265-6200
                            Fax: (214) 265-6226
                            E-mail: mperry@mperrylaw.com
                                            sthompson@mperrylaw.com
                                            sspizman@mperrylaw.com

00069703.DOC